1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| | |
|---|---|
| David Y. | CASE NO. CV 11-3927 CBM (DTBx) |
| Plaintiff, | **Order for Dismissal pursuant to FRCP 41** |
| vs. | |
| LOMA LINDA UNIVERSITY, and DOES 1 through 10, inclusive, | |
| Defendants | |

19
20

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

21

## ORDER

22
23

Having reviewed the stipulation and the contents thereof, the Court orders the case dismissed.

24

It is so ordered.

25
26

December 14, 2011

27
28

United States District Judge

- 1 -

[Proposed] Order for Dismissal pursuant to FRCP 41

*David Y. v. Loma Linda University, et al.*