# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| David Y.,<br><br>  Plaintiff,<br><br>vs.<br><br>LOMA LINDA UNIVERSITY, and DOES 1 through 10, inclusive,<br><br>  Defendants | CASE NO. CV 11-3927 CBM (DTBx)<br><br>**Order for Dismissal pursuant to FRCP 41** |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

## ORDER

Having reviewed the stipulation and the contents thereof, the Court orders the case dismissed.

It is so ordered.

December 14, 2011

*[signature]*

United States District Judge

- 1 -

[Proposed] Order for Dismissal pursuant to FRCP 41
*David Y. v. Loma Linda University, et al.*